Harrington, Foxx, Dubrow & Canter, LLP
KEVIN J. GRAY, State Bar No. 142685
650 California Street, 19th Floor
San Francisco, California 94108
Telephone (415) 288-660
Facsimile (415) 288-6618
E-mail kgray@hfdclaw.com

Attorneys for Plaintiff PRAETORIAN FINANCIAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, AND DOES 1 TO 25, INCLUSIVE,<br><br>　　　　Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES** |

COMES NOW Plaintiff, PRAETORIAN FINANCIAL INSURANCE COMPANY, and hereby alleges:

**JURISDICTION**

1. Jurisdiction is proper pursuant to 28 U.S.C. §2401(b) and 39 C.F.R. 912.9(a).

///

///

-1-
COMPLAINT

## FIRST CAUSE OF ACTION

### (Negligence)

2. Plaintiff PRAETORIAN FINANCIAL INSURANCE COMPANY, formerly known as INSURANCE CORPORATION OF HANNOVER, is and was at all times herein mentioned, a corporation duly authorized to transact, and transacting, business within the State of California as a property and casualty insurer.

3. Oakland Associates is and was at all times mentioned herein an insured of PRAETORIAN FINANCIAL INSURANCE COMPANY.

4. S.S. Silverblatt, Inc. is and was at all times mentioned herein an insured of PRAETORIAN FINANCIAL INSURANCE COMPANY.

5. S.S. Silverblatt, Inc. and Oakland Associates leased the premises located at 1675 7th Street Oakland, California (the "Premises") to the UNITED STATES POSTAL SERVICE, pursuant to a lease agreement (the "Lease").

6. At all times herein mentioned, Oakland Associates was insured against losses or damages under a policy of insurance, (the "Policy"), issued by Plaintiff. Under the terms of the Policy, Plaintiff was obligated to pay S.S. Silverblatt, Inc. and Oakland Associates for property damages to the Premises, minus the Policy's deductible.

7. On or about May 17, 2006, a fire occurred at the Premises..

8. Plaintiff is informed and believes, and thereon alleges that a fire was caused at the Premises on May 17, 2006, as a result of the Defendants, including their employees, agents, or representatives and each of them, rigging an electrical receptacle and timing device for the activation of timed electrical energy for cooking, production of hot water, unknown food preparation, or as a result of other intentional or unintentional actions or failure to act.

///
///
///

9. Plaintiff is informed and believes, and thereon alleges that the Defendants, including their employees, agents, or representatives and each of them, were negligent in rigging an electrical receptacle and timing device for the activation of timed electrical energy for cooking, production of hot water, unknown food preparation, or as a result of other intentional or unintentional actions or their failure to act.

10. In the alternative, Plaintiff is informed and believes, and thereon alleges that the Defendants, were negligent in supervising their employees, agents or representatives.

11. In the alternative, Plaintiff is informed and believes, and thereon alleges that the Defendants, were negligent in the maintenance of the Premises.

12. As a proximate result of the negligent conduct of Defendants, and each of them, the Premises suffered damages as a result of the fire on May 17, 2006, in an amount which shall be shown according to proof.

13. Plaintiff has paid its insureds S.S. Silverblatt, Inc. and Oakland Associates for damages sustained as a result of said fire, pursuant to the Policy.

14. Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES 1-25, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this complaint to show their true names and capacities when ascertained.

15. Plaintiff is informed and believes, and thereon alleges that at all times herein mentioned, each of the Defendants was the agent and employee of each of the other defendants, and in doing the things herein alleged, was acting within the course, scope and authority of such agency and employment.

## DEMAND FOR JURY TRIAL

16. Plaintiff hereby demands a trial by jury.

-3-
COMPLAINT

WHEREFORE, Plaintiff prays for judgment as follows:

1. Property damages;
2. Costs of suit herein;
3. Pre-judgment interest;
4. For such other relief as the court deems proper; and
5. For trial by jury.

DATED: November 7, 2007        HARRINGTON, FOXX, DUBROW & CANTER, LLP

By: _____
KEVIN J. GRAY
Attorneys for PRAETORIAN FINANCIAL
INSURANCE COMPANY

-4-
COMPLAINT