UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRAETORIAN FINANCIAL INS. CO.

     Plaintiff,

    v.

UNITED STATES, et al.

     Defendant.
_____/

No. C 07-5746 WDB

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge. The case management conference set for February 22, 2008, at 4:00 p.m. is vacated.

Dated: February 8, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: SarahWeinstein
    Law Clerk/Deputy Clerk

Copies to:
    All parties
    WDB
    Stats

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd