**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

—————————

www.cand.uscourts.gov

Richard W. Wieking                                          General Court Number
Clerk                                                              510.637.3530


**February 11, 2008**

**CASE NUMBER:  CV 07-05746 WDB**
**CASE TITLE:  PRAETORIAN FINANCIAL INSURANCE COMPANY-v-UNITED STATES OF AMERICA**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable SAUNDRA BROWN ARMSTRONG** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: February 11, 2008

FOR THE EXECUTIVE COMMITTEE:

_____
                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                                    Entered in Computer 02/11/08 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                         Transferor CSA