| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7322 |
| 6 | FAX: (415) 436-6748<br>E-mail:michael.t.pyle@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendants USA and USPS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY, | ) | No. 07-05746 SBA |
| Plaintiff, | ) ) ) | DECLARATION OF JOHN J. FRAHER IN SUPPORT OF FEDERAL DEFENDANTS' MOTION TO DISMISS |
| v. | ) ) | Date: March 25, 2008 |
| UNITED STATES OF AMERICA ET AL., | ) ) | Time: 1:00 p.m.<br>Courtroom: 3 |
| Defendants. | ) ) | Hon: Saundra B. Armstrong |

I, John J. Fraher, declare as follows:

1. I am currently employed by the United States Postal Service ("USPS") as the Manager, Facilities Contracts and Administration in the Pacific Facilities Service Office located in South San Francisco, California. My job responsibilities include managing real estate, design and construction services, site acquisition contracting, and capital and expense budget development and monitoring for the Facilities Service Office. I have been employed by the USPS for 33 ½ years.

2. I make this declaration in support of the Federal Defendant's Motion to Dismiss. I have personal knowledge of the facts herein, and if called upon to testify, I could and would do so.

DECL. OF JOHN J. FRAHER ISO FED. DEF. MTD
C 07-05746 SBA                                    1

1     3. During the course of my employment with the USPS I have had occasion to become
2 familiar with the terms in place in 2006 regarding the lease agreement for a USPS facility located
3 at 1675 7th Street in Oakland California. I was involved in notifying the landlord and the
4 landlord's insurer about a fire that took place at this USPS facility in May 2006.
5     4. Attached as Exhibit A is a true and correct copy of a lease dated May 30, 1970 between
6 an entity called S.S. Silberblatt, Inc., on the one hand, and the United States of America, on the
7 other hand ("Lease Agreement"). The Lease Agreement is for a USPS facility located at 1675 7th
8 Street in Oakland California. The Lease Agreement had a term beginning January 1, 1970 and
9 ending on December 31, 1999, subject to eight options to renew the term of the Lease
10 Agreement. As explained below, the USPS exercised certain of its options under the Lease
11 Agreement to renew the term of the Lease Agreement.
12     5. Attached as Exhibit B is a true and correct copy of a November 1999 amendment to the
13 Lease Agreement.
14     6. Attached as Exhibit C is a true an correct copy of an Exercise of Renewal Option,
15 exercised pursuant to the terms of the Lease Agreement, dated February 2, 1999. This Exercise
16 of Renewal Option was for the 5 year term of January 1, 2000 through December 31, 2004.
17     7. Attached as Exhibit D is a true an correct copy of an Exercise of Renewal Option,
18 exercised pursuant to the terms of the Lease Agreement, dated January 11, 2000. This Exercise
19 of Renewal Option was for the 5 year term of January 1, 2005 through December 31, 2009.
20     8. At the time of the fire at the USPS facility located at 1675 7th Street in Oakland California
21 in May 2006, the terms of the lease for that facility were contained in the Lease Agreement and
22 Exhibits B through D to my declaration.
23     I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th
24 day of February 2008 in South San Francisco, California.

*/s/ John J. Fraher*
JOHN J. FRAHER

DECL. OF JOHN J. FRAHER ISO FED. DEF. MTD
C 07-05746 SBA     2