EXHIBIT B



**UNITED STATES POSTAL SERVICE**™

## Lease Amendment

P&DC-OAKLAND  CA 94615-9998

LEASE AMENDMENT

OAKLAND P&DC (055509-029)
1675 7™ ST
OAKLAND, CA 94615-9998

The following modifications, changes, and/or amendments to the existing lease at the subject location between the parties to the existing lease, are hereby submitted and agreed to by the parties:

1. For the current tax appeal for the 1995-1996 tax season, for which Oakland Associates has standing before the Alameda County Tax Assessor, the Postal Service is agreeable to reimburse Oakland Associates actual third party contract cost including associated legal fees, witness fees and court reporter fees plus reimburse Oakland Associates for up to $10,000 of actual direct out of pocket expenses associated with this particular tax appeal. Total reimbursements to be limited to no more than the amount of any refund which may be received from Alameda County as a result of the aforesaid appeal.

2. The tax clause rider of the existing lease is hereby deleted and the attached new tax clause rider is substituted in lieu thereof. The new tax clause rider shall be effective immediately upon acceptance of the entirety of this lease amendment and shall be applicable, without pro-ration for time, for the next tax payment due and payable to Alameda County. Specifically exempted from any tax payment is the business tax paid by Oakland Associates to the City of Oakland.

3. The Postal Service henceforth agrees to provide written notification to Oakland Associates whenever structural modifications to the building are contemplated. Such notification will include sufficient information to adequately inform Oakland Associates of the scope of such structural modifications and that the structural modifications meet local building code requirements. In the event that Oakland Associates desires to engage outside consultants to review submitted structural information, the cost of such reviews shall be coordinated with the submitting USPS office PRIOR to any commitment with such outside consultants, unless such review is at no cost. Neither Oakland Associates nor the USPS shall be entitled to any administrative remuneration for processing such paperwork, one to the other.

4. USPS agrees to exercise the next three options (1st, 2nd, 3rd renewal options) thereby extending lease occupancy through December 31, 2014, within 30 days of acceptance of this Lease Amendment. Exercise of the options shall be for the term and annual rent as expressed in Paragraph 5 of the existing lease. Exercise of these renewal options at this time does not preclude the USPS from any of the purchase options that are available under Paragraph 6 of the existing lease.

_____  11/22/99        _____  11-24-99
S.S. Silberblatt, Inc. &        Date          Louis J. Norris      Date
Oakland Associates  Co-Managing Gen'l
                    Partner

# UNITED STATES POSTAL SERVICE

# Lease Amendment

| Facility Name/Location | | Amendment Number |
|---|---|---|
| OAKLAND - P&DC (055509-029) 1675 7TH ST  OAKLAND CA 94615-9998 | Project: Q31331 | 001 |

This refers to the Lease accepted by the United States Postal Service, hereinafter called the Postal Service, under date of 01/01/1970 whereby there is leased to the United States Postal Service the above-described postal facility.

WHEREAS the Postal Service desires and Lessor is willing to:
Amend the tax clause effective November 15, 1999.

NOW THEREFORE, in consideration of the mutual covenants and agreements herein set forth, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties do hereby agree to amend the Lease as follows, effective 11/15/1999

The tax clause rider dated October 1999 is to be effective November 15, 1999. The tax clause replaces any reference to reimbursement of taxes or tax clause riders in the existing lease.

In all other respects, the Lease shall remain the same and is hereby confirmed.

Date: 11/24/99

S.S. Silberblatt, Inc. & Oakland Associates
Print Lessor's Name                Signature

585 Industrial Road, Carlstadt, New Jersey 07072-1611          (201) 935-1110
Number and Street Name, City, State and ZIP+4 Address of Lessor      Telephone Number

## Acceptance By The Postal Service

LOUIS J NORRIS                                              11-24-99
Contracting Officer        Signature of Contracting Officer         Date

REAMENDGEN(Sept. 96, v1.16, P)

**U.S. Postal Service**
**Tax Clause Rider**

(a) As used in this clause, general real estate taxes shall mean those taxes, including ad valorem taxes, special assessments, fees and charges, that are assessed against any or all taxable real property appearing on the assessment roll or list in a taxing authority's jurisdiction, whether such activities are general or specific. Taxes also include administrative charges or fees imposed by a taxing authority for the support of it's tax assessment and collection activities. The Postal Service shall pay the general real estate tax bills of each taxing authority for taxes due and payable on the land and buildings hereby demised when said taxes apply to any year or part thereof within the term of this tax clause rider. Presentation of said tax bills shall be made to the office shown in subparagraph (d) hereof to permit payment of said taxes in the manner set out herein before any fine, penalty, interest, or cost may be added thereto for the non-payment thereof and in time to obtain any discount allowed by the taxing authority. The Postal Service shall pay to the taxing authority, the net amount of said taxes by check made payable to the taxing authority issuing said tax bill.

(b) If a part of the general real estate taxes applies to any period prior to the commencement or subsequent to the expiration of the term of this tax clause rider and the remainder of the general real estate taxes applies to the period of time within the term of this amended lease, the Postal Service shall be liable to pay only that portion of said taxes applying to the period of time within the term of this amended lease and tax clause rider. If a part of the general real estate taxes applies to any portion of the property leased to the Postal Service, payment shall not be made until such time as the postal property is separately assessed and a corrected tax bill is issued. This tax clause rider will not be operative unless and until a separate assessment and separate tax bill is issued for the portion occupied by the Postal Service.

(c) In the event that general real estate taxes for any tax year or part thereof within the term hereby demised apply to the land only, the provisions of this entire tax article shall be and remain operative in the same manner and to the same extent as though said taxes applied to both land and buildings.

(d) The lessor shall furnish the Postal Service copies of all notices which may affect the valuation of said land and buildings for general real estate tax purposes or which may affect the levy or assessment of general real estate taxes thereon.

In the event that the lessor does not furnish notices relating to valuation changes presented by a taxing authority, and a protest or appeal of this assessment valuation in a subsequent year demonstrates that the valuation was excessive, the lessor may be charged retroactively, and amount represented by the overpayment of taxes attributable to excessive assessment, for the year that the opportunity to appeal was lost, and said sum shall be deducted by the Postal Service from monies otherwise due the lessor.

Such notices shall be delivered or mailed within three days from the receipt thereof by the lessor to:

**Pacific Facilities Service Office**
**395 Oyster Point Blvd., Ste 225**
**South San Francisco CA 94099-0300**

or to such other office as the Postal Service may in writing direct. The Postal Service may contest the amount or validity of any valuation for general real estate tax purposes or of any levy or assessment of any general real estate taxes by appropriate legal proceedings either in the name of the Postal Service or the name of the lessor or in the names of both. The lessor, upon reasonable notice and request by the Postal Service, shall join in any such proceedings, but the lessor shall not be subject to any liability for the payment of penalties, costs, or expenses in connection with any proceedings brought by the Postal Service. The Postal Service hereby covenants to indemnify and save harmless the lessor from any such penalties, costs, or expenses. The lessor shall cooperate with the Postal Service in any such contest or proceeding and execute any documents or pleadings required for such purpose provided the lessor shall reasonably be satisfied that the facts and data set forth in such documents or pleadings are accurate.

(e) As the payer of the general real estate taxes, the Postal Service is entitled to any and all monies obtained through refunds and remissions of general real estate taxes that it has paid directly to or reimbursed the lessor for but, not to any portion paid by the lessor from lessor's own funds in any year subsequent to the commencement of this tax clause rider. In the event that any of the monies paid as general real estate taxes, in accordance with terms noted above, are refunded to the lessor, as a result of an assessment appeal or protest action, the settlement of such action, or for any other reason whatsoever, such portion of the refunded monies shall be forwarded within ten days to the Postal Service. If Lessor is informed that he is entitled to a refund or remission of monies paid as general real estate taxes upon the submission of an application, the lessor shall promptly make and file such application and upon receipt of such refund or remission, forward it within ten (10) days to the Postal Service. The Postal Service shall reserve the right to offset it's portion of the refund and remission payments not so forwarded, against rental or other payments due the lessor.

October 1999

POSTAL SERVICE

Form of Acknowledgment for Corporations

STATE OF **NEW YORK**

COUNTY OF **New York**

Personally appeared before me, a Notary Public in and for the County and State aforesaid,

**BRUCE A. SILBERBLATT**
(Name of authorized officer(s) signing lease)

who is/are known to me to be the **PRESIDENT** and _____
(Title of officer(s) signing lease)

of the **S.S. SILBERBLATT, INC.** and
(Name of Corporation)

to be the same person(s) who executed the foregoing lease, who depose(s) and say that said person(s) know(s) the seal of the said corporation, that the seal affixed to the above instrument is the seal of said corporation, and that it was affixed, and that said person(s) signed this lease by the authority of the said corporation, for the purpose set forth, and as said person(s) own free and voluntary act.

Done at **860 U.N. Plaza**, in the County and State aforesaid, this **18th** day of **November**, **1999**

NOTARIAL SEAL

LINDA ENTLER
Notary Public, State of New York
No. 41-4960098
Qualified in Queens County
Commission Expires December 18, 19**99**

_Linda Entler_
Notary Public

My commission expires **12/18/99**

NOTE: If the corporation is without a seal, that portion of the acknowledgment referring to a seal should be stricken out, and on the blank line following this statement should be made: "and that the said corporation has no corporate seal."

REA0102  (Rev 87, U.S. P)