**UNITED STATES POSTAL SERVICE**

# Exercise of Renewal Option

| Facility Name/Location | OAKLAND - P&DC<br>1675 7TH ST  OAKLAND  CA 94615-9998 | County: ALAMEDA<br>Project: F81787 |
|---|---|---|

| TO | S S SILBERBLATT INC &<br>OAKLAND ASSOCIATES<br>81 CENTRE AVE RM 202<br>NEW ROCHELLE NY 10801-7210 | Certified Mail #: P469014593 |
|---|---|---|

**Issuing Office**
Pacific FSO
395 Oyster Point Blvd
So. San Francisco CA 94099-0300

| Date of Existing Contract: 01/01/1970 | Options available (Number and Years)<br>8 Option(s) covering 40 Years |
|---|---|

Pursuant to the contract with you covering this facility, the Postal Service hereby exercises its option to renew said contract as follows:

| Term: 5 years | From (Date): 01/01/2000 | To (Date): 12/31/2004 | Annual Rate: $1,372,200.00 |
|---|---|---|---|

There is/are 7 renewal option(s) remaining. In all other respects the said contract shall remain the same and is hereby confirmed.

**Remarks**
THANK YOU FOR CONTINUED OCCUPANCY OF THIS FACILITY.  ATTACHED IS A DESIGNATION OF EMERGENCY REPAIR PERSONNEL FORM.  PLEASE COMPLETE AND RETURN IN THE SELF-ADDRESSED ENVELOPE.

NOTICE BY THE POSTAL SERVICE IS HEREBY GIVEN OF ITS INTENT TO EXERCISE THE FIRST FIVE (5) YEAR RENEWAL OPTION IN ACCORDANCE WITH THE NOTIFICATION TERMS OF THE EXISTING LEASE. EXERCISE OF THIS RENEWAL IS SUBJECT TO THE ADJUSTMENTS IN THE RENEWAL RENTAL PAYMENT TO REFLECT THE REDUCED SITE AREA CURRENTLY UNDER OWNERSHIP BY  OAKLAND ASSOCIATES AND WHICH IS NO LONGER AVAILABLE FOR LEASE BY THE POSTAL SERVICE.  IN FACT, A RETROACTIVE ADJUSTMENT OF RENTS PAID IS CURRENTLY BEING PROCESSED TO REFLECT THE LOSS OF SITE AREA ORIGINALLY LEASED BY THE POSTAL SERVICE DUE TO LAND TAKEN BY CALTRANS FROM OAKLAND ASSOCIATES FOR THE  I-880 FREEWAY PROJECT.

EXHIBIT _V_

| Date | Name of Contracting Officer | Signature |
|---|---|---|
| 02/02/1999 | DAVID KLEMENT | *David Klement* |