**UNITED STATES POSTAL SERVICE**

# Exercise of Renewal Option

| | |
|---|---|
| Facility Name/Location OAKLAND - P&DC<br>1675 7TH ST  OAKLAND  CA 94615-9998 | County: ALAMEDA<br>Project: F38369 |

TO
S S SILBERBLATT INC &
OAKLAND ASSOCIATES
81 CENTRE AVE RM 202
NEW ROCHELLE NY 10801-7210

Certified Mail #: P469015757

Issuing Office
FACILITIES REAL ESTATE
4301 WILSON BLVD SUITE 300
ARLINGTON VA 22203-1861

| Date of Existing Contract: 01/01/1970 | Options available (Number and Years)<br>7 Option(s) covering 35 Years |
|---|---|

Pursuant to the contract with you covering this facility, the Postal Service hereby exercises its option to renew said contract as follows:

| Term: 5 years | From (Date): 01/01/2005 | To (Date): 12/31/2009 | Annual Rate: $1,372,200.00 |
|---|---|---|---|

There is/are 6 renewal option(s) remaining. In all other respects the said contract shall remain the same and is hereby confirmed.

Remarks
THANK YOU FOR CONTINUED OCCUPANCY OF THIS FACILITY.

**EXHIBIT** D

| Date | Name of Contracting Officer | Signature |
|---|---|---|
| 01/11/2000 | LOUIS NORRIS | |

RERENEWAL (Nov 97, v2.00, P)                    ☐ Postmaster  ☐ RES  ☐ District