Harrington, Foxx, Dubrow & Canter, LLP
KEVIN J. GRAY, State Bar No. 142685
650 California Street, 19th Floor
San Francisco, California 94108
Telephone (415) 288-660
Facsimile (415) 288-6618
E-mail kgray@hfdclaw.com

Attorneys for Plaintiff PRAETORIAN FINANCIAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, AND DOES 1 TO 25, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.  07-05746 SBA<br><br>**[PROPOSED] ORDER DENYING FEDERAL DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　　March 25, 2008<br>Time:　　　　1:00 p.m.<br>Courtroom:　3<br>Hon:　　　　Saundra B. Armstrong |

///
///
///
///
///
///
///
///
///

1   WHEREAS, the Federal Defendants Motion to Dismiss was heard on March 25, 2008 at
2   1:00 p.m. in Courtroom 3 of the above captioned Court;

4   WHEREAS, the Plaintiff PRAETORIAN FINANCIAL INSURANCE COMPANY has
5   properly pled sufficient allegations to support a negligence cause of action against Defendant
6   UNITED STATES OF AMERICA in this subrogation action;

8   IT IS ORDERED that Defendant UNITED STATES OF AMERICA's Motion to Dismiss
9   is hereby DENIED;

11  IT IS FURTHER ORDERED that Defendant UNITED STATES POSTAL SERVICE's
12  Motion to Dismiss is GRANTED.

14  IT IS SO ORDERED.

16  DATED: March ____, 2008

                                    _____
                                    SAUNDRA B. ARMSTRONG, U.S.D.C.J.

HARRINGTON, FOXX, DUBROW & CANTER, LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108
TELEPHONE (415) 288-6600