1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **Northern District of California**

10    Praetorian Financial Insurance                    07-05746 SBA

11    Company,                                           **NOTICE RE: NONCOMPLIANCE**
                                                         **WITH COURT ORDER**
12                          Plaintiff(s),

13          v.

14    United States Of America,

15                          Defendant(s).

16

17         The parties have failed to file an ADR Certification and either a Stipulation and

18    [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone

19    Conference as required by the Initial Case Management Scheduling Order.  Counsel

20    shall Meet and Confer forthwith in an attempt to agree on an ADR process for this

21    matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file

22    an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting**

23    **ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b),

24    ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available

25    at www.adr.cand.uscourts.gov.)

26

27         Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a

28    copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
07-05746 SBA                         -1-

United States District Court
Northern District of California

1  (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

2  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

3  to an e-mail directed to adr@cand.uscourts.gov.

4

5      It is the responsibility of counsel to schedule an ADR Phone Conference, if

6  required, to occur before the Case Management Conference.

7

8

9  Dated: March 26, 2008

10                                        RICHARD W. WIEKING
                                          Clerk
11                                        by:    Timothy J. Smagacz

12                                        Timothy Smagacz

13                                        ADR Administrative Assistant
                                          415-522-4205
14                                        Tim_Smagacz@cand.uscourts.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice Re: Noncompliance With Court Order**
07-05746 SBA                              -2-

**PROOF OF SERVICE**

Case Name:      Praetorian Financial Insurance Company v. United States Of America

Case Number:    07-05746 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

        ADR Program
        United States District Court
        Norther District of California
        450 Golden Gate Avenue Floor 16
        San Francisco, CA 94102

On March 26, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

        Kevin Jaime Gray
        Harrington Foxx Dubrow & Canter
        650 California Street
        19th Floor
        San Francisco, CA 94108
        kgray@hfdclaw.com

        Michael Thomas Pyle
        United States Attorney's Office
        450 Golden Gate Avenue
        Box 36055
        San Francisco, CA 94102-3495
        michael.t.pyle@usdoj.gov

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 26, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov