```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MICHAEL T. PYLE (CSBN 172954 )
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone: (415) 436-7322
 6      FAX: (415) 436-6748
        E-mail:michael.t.pyle@usdoj.gov
 7
    Attorneys for Defendants USA and USPS
 8
    Harrington, Foxx, Dubrow & Canter, LLP
 9  KEVIN J. GRAY (CSBN 142685)
    650 California Street, 19th Floor
10  San Francisco, California 94108
    Telephone: (415) 288-6600
11  FAX: (415) 288-6618
    E-mail: kgray@hfdclaw.com
12
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>　　　Defendants. | No. 07-05746 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

　　　IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the initial case management conference be continued from April 10, 2008 at 3:15 p.m. to May 1, 2008 at a time to be set by the Court.

　　　The parties request this short continuance to give the Court time to rule on the pending motion to dismiss. The Court's ruling on that motion will necessarily have an impact on the parties' views about a number of items required to be addressed in the Joint Case Management

STIP. AND [PROPOSED] ORDER TO CONTINUE CMC
C 07-05746 SBA            1

Statement.  This is the first request for an extension of time in this action.

                                               HARRINGTON FOX DUBROW & CANTER

DATED: March 27, 2008          By:        _____/s/_____

                                               KEVIN J. GRAY
                                               Attorney for Plaintiff

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

DATED: March 27, 2008          By:        _____/s/_____

                                               MICHAEL T. PYLE
                                               Assistant United States Attorney
                                               Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

     The initial case management conference is continued from April 10, 2008 until May 1, 2008 at _____.  The conference will be conducted by telephone using the procedure set by the Court in its Order dated February 22, 2008.

DATED:                                               _____
                                               HON. SAUNDRA B. ARMSTRONG
                                               United States District Judge