**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

PRAETORIAN FINANCIAL INSURANCE CO.,

    Plaintiff,

v.

UNITED STATES OF AMERICA, *et al.*

    Defendants.

No. C 07-05746 SBA

**ORDER**

[Docket No. 19]

IT IS HEREBY ORDERED THAT as the Court's ruling on defendants' Motion to Dismiss [Docket No. 7] has not yet issued, and as the parties have stipulated to agree to continue the Case Management Conference set for April 10, 2008, at 3:15 p.m., *see* Docket Nos. 10 and 19, said Case Management Conference is CONTINUED to May 1, 2008, at 2:30 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

April 4, 2008

_____
Saundra Brown Armstrong
United States District Judge