**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE CO., | No. C 07-05746 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 21] |
| UNITED STATES OF AMERICA, *et al.* | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the Case Management Conference set for April 30, 2008, at 3:00 p.m., *see* Docket No. 21, is CONTINUED to May 29, 2008, at 3:15 p.m. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

April 24, 2008

_____
Saundra Brown Armstrong
United States District Judge