1
2
          **UNITED STATES DISTRICT COURT**
          **NORTHERN DISTRICT OF CALIFORNIA**
          **OAKLAND DIVISION**

3
4 PRAETORIAN FINANCIAL          No. C 07-05746 SBA
INSURANCE CO.,

5      Plaintiff,                        **ORDER**

6  v.                                         [Docket No. 24]

7 UNITED STATES OF AMERICA, *et al.*

8      Defendants.

9

10     IT IS HEREBY ORDERED THAT the Case Management Conference set for May 29, 2008,

11 at 3:15 p.m., *see* Docket No. 24, is CONTINUED to June 12, 2008, at 2:45 p.m. The parties shall

12 **meet and confer** prior to the conference and shall prepare a joint Case Management Conference

13 Statement which shall be filed no later than ten (10) days prior to the Case Management Conference

14 that complies with the Standing Order for All Judges of The Northern District of California and the

15 Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for

16 arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the

17 above indicated date and time.

18

19     IT IS SO ORDERED.

20
21     May 19, 2008                                                                              
                                                                         Saundra Brown Armstrong
                                                                         United States District Judge

22
23
24
25
26
27
28