| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
|   | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
|   | Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954 ) |
|   | Assistant United States Attorney |
| 4 | |
|   | 450 Golden Gate Avenue, Box 36055 |
| 5 | San Francisco, California 94102-3495 |
|   | Telephone: (415) 436-7322 |
| 6 | FAX: (415) 436-6748 |
|   | E-mail:michael.t.pyle@usdoj.gov |
| 7 | |
|   | Attorneys for Defendants USA and USPS |
| 8 | |
|   | Harrington, Foxx, Dubrow & Canter, LLP |
| 9 | KEVIN J. GRAY (CSBN 142685) |
|   | 650 California Street, 19th Floor |
| 10 | San Francisco, California 94108 |
|    | Telephone: (415) 288-6600 |
| 11 | FAX: (415) 288-6618 |
|    | E-mail: kgray@hfdclaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY, | ) ) ) | No. 07-05746 SBA |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| UNITED STATES OF AMERICA ET AL., | ) ) | |
| Defendants. | ) ) | |

　　IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the initial case management conference be continued from June 12, 2008 at 2:45 p.m. to June 19, 2008 at a time to be set by the Court.

　　The parties request this short continuance because Defendant's counsel is unavailable on the afternoon of June 12, 2008 to due an appointment that had been scheduled long before the Court continued the Case Management Conference to June 12, 2008 in its Order of May 19, 2008

STIP. AND [PROPOSED] ORDER TO CONTINUE CMC
C 07-05746 SBA                                                1

(Docket No. 27).  This is the parties' second request for a continuance of the Case Management Conference.

                                       HARRINGTON FOX DUBROW & CANTER

DATED: May 23, 2008        By:        _____/s/_____

                                       KEVIN J. GRAY
                                       Attorney for Plaintiff

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

DATED: May 23, 2008        By:        _____/s/_____

                                       MICHAEL T. PYLE
                                       Assistant United States Attorney
                                       Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED:

     The initial case management conference is continued from June 12, 2008 until June 19, 2008 at _____.  The conference will be conducted by telephone using the procedure set by the Court in its Order dated May 19, 2008 (Docket No. 27).

DATED:                                                  _____
                                                 HON. SAUNDRA B. ARMSTRONG
                                                 United States District Judge