```
 1  JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  MICHAEL T. PYLE (CSBN 172954 )
    michael.t.pyle@usdoj.gov
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
 6      Telephone: (415) 436-7322
        FAX: (415) 436-6748
 7
    Attorneys for Defendant USA
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>　　　　Defendants. | No. 07-05746 SBA<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: June 19, 2008<br>Time: 3:00 p.m.<br>Judge: Hon. Saundra B. Armstrong |

　　Plaintiff, Praetorian Financial Insurance Company ("Praetorian" or "Plaintiff"), and defendant, the United States of America ("United States" or "Defendant"), by and through their undersigned counsel, hereby submit the following Joint Case Management Conference Statement pursuant to Civil Local Rule 16-9:

1. <u>Jurisdiction and Service</u>:   This is an action arising under the Federal Tort Claims Act, over which this court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.  The parties agree that personal jurisdiction, venue, and service are not at issue.  Former defendant United States Postal Service was dismissed by the Court on June 4, 2008.

2. <u>Facts</u>: This case arises out of a fire that took place on or about May 17, 2006 in a building located at 1675 7th Street in Oakland.  At the time of the fire, the building was leased to the

1  United States by Plaintiff's insureds.  Plaintiff contends that Defendants caused the fire and
2  therefore must reimburse Plaintiff for the money paid to its insureds for the damage caused by
3  the fire.
4     Defendants deny any and all responsibility for the fire and intend to move for summary
5  judgment.
6  3.  Legal Issues: (1) Whether or not Defendant can be held liable to Plaintiff under California
7  law and (2) whether or not Defendant is liable to Plaintiff on Plaintiff's negligence claim.
8  4.  Motions: Defendant intends to move for summary judgment.  At this time the parties do not
9  anticipate any other motions.
10 5.  Amendment of Pleadings: The parties believe it is unlikely that any amendments to the
11 pleadings will be necessary in this case, but they request that the Court set a deadline for
12 amendment of pleadings of August 29, 2008.
13 6.  Evidence Preservation: The parties have taken affirmative steps to preserve documents and
14 evidence related to this action.
15 7.  Disclosures: The parties propose to serve initial disclosures no later than August 29, 2008.
16 8.  Discovery: The parties do not believe that any changes to the discovery limits or procedures
17 are necessary or appropriate at this time.
18 9.   Class Actions:  Not applicable.
19 10. Related Cases: None.
20 11. Relief:
21    Plaintiff: Plaintiff seeks: 1. Property damages; 2. Costs of suit; 3. Pre-judgment interest; and
22 4. Such other relief as the Court deems proper.
23    Defendant: Defendant seeks dismissal of this action and the assessment of costs.
24 12. Settlement and ADR: The parties filed a Notice of Need for ADR Phone Conference on
25 March 27, 2008, but have yet to have a phone conference with the ADR office.
26 13. Consent to Magistrate Judge for All Purposes:   The parties do not consent to have this matter
27 heard by a magistrate judge for all purposes.
28 14. Other References: Neither party requests any reference.

JOINT CASE MANAGEMENT STATEMENT
C 07-05746 SBA

1  15. Narrowing of Issues: None at this time.

2  16.  Expedited Schedule: The parties see no need for an expedited schedule.

3  17. Scheduling: The parties request that the Court enter an order with the following schedule:

4  Discovery Cut-Off: November 28, 2008

5  Expert Disclosures:

6  Plaintiff: October 31, 2008

7  Defendant: December 5, 2008

8  Rebuttal: January 15, 2008

9  Last Dispositive Motion Hearing Date: March 3, 2009 at 1:00 p.m.

10  Pre-Trial Conference: March 2009, on a date to be chosen by the Court

11  Trial: April 2009, on a date to be chosen by the Court

12  18. Trial: Trial in this matter will be to the Court pursuant to 28 U.S.C. § 2402.  The parties

13  estimate that trial would take 5-7 days.

14  19. Disclosure of Non-party Interested Entities or Persons: Plaintiff will file its certification of

15  interested entities or persons pursuant to Civil L.R 3-16 prior to the CMC.  Civil L.R. 3-16 does

16  not apply to the United States or USPS by the terms of that rule.

17  Dated: June 11, 2008

                              Respectfully submitted,

                              JOSEPH P. RUSSONIELLO
                              United States Attorney


                       By:        /s/
                              MICHAEL T. PYLE
                              Assistant United States Attorney
                              Attorney for Defendants


                              HARRINGTON, FOXX, DUBROW & CANTER, LLP



                       By:        /s/
                              KEVIN J. GRAY
                              Attorneys for Plaintiff

JOINT CASE MANAGEMENT STATEMENT
C 07-05746 SBA