UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

**Date:** 6/19/08

C-07-05746 SBA             **JUDGE:** SAUNDRA BROWN ARMSTRONG

**Title:** PRAETORIAN FINANCIAL INSURANCE COMPANY vs. UNITED STATES OF AMERICA
**Atty.:**   KEVIN GRAY                MICHAEL PILE


**Deputy Clerk:** Lisa R. Clark         **Court Reporter:**   N/R
**PROCEEDINGS**
Plt   DFT
( )  ( ) 1.  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD
( )  ( ) 2.
( )  ( ) 3.
( )  ( ) 4.
( ) Motion(s)    ( ) Granted      ( ) Denied       ( ) Off Calendar
         ( ) Granted/Part  ( ) Denied/Part  ( ) Submitted
(X) Order to be prepared by  ( ) Plaintiff  ( )Deft  (X) Court

**RESULT OF CASE MANAGEMENT CONFERENCE**
Case Continued to_____for a Telephone Case Management Conference at  p.m.
Case Continued to_____for  OSC RE:_____
Case Continued to_____for_____Motion Hearing
Brief Sched. Motion papers by_____Opposition by_____Reply by_____
General Discovery Cut-off 11/28/08        Expert Discovery Cut-off_____
Plft to name Experts by 10/31/08      Deft to name Experts by 12/5/08
All Dispositive Motions to be heard by ( Motion Cut-off)  3/3/09
Case Continued to  4/14/09     for Pretrial Conference at 1:00 p.m.
Pretrial Papers Due  3/24/09    Motions in limine/objections to evidence due  3/31/09
Responses to motions in limine and/or responses to objections to evidence due 4/7/09
Case Continued to 4/20/09   for Trial(Court/Jury:   5    Days) at 8:30 a.m.
(X) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR SETTLEMENT CONFERENCE
( ) REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS
 Notes:  MANDATORY SETTLEMENT CONFERENCE TO BE HELD BETWEEN 3/4-3/20/09 BEFORE A MAGISTRATE JUDGE; CASE REFERRED TO ENE
cc: WINGS HOM & ADR VIA FAX