United States District Court
Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9 ## Northern District of California

10 Praetorian Financial Insurance

11 Company,

07-05746 SBA ENE

**Notice of Appointment of Evaluator**

12                    Plaintiff(s),

13        v.

14 United States Of America,

15                    Defendant(s).

16 TO COUNSEL OF RECORD:

17        The court notifies the parties and counsel that the Evaluator assigned to this

18 case is:

19                    **Michael G.W. Lee**
                   Law Offices of Michael G.W. Lee
20                 360 Post Street, 8th Floor
                   San Francisco, CA 94108
21                 415-788-9000
                   mgwlaw@aol.com
22

23        Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which

governs the ENE program.  The evaluator will schedule a joint phone conference with
24
counsel under ADR L.R. 5-7 and will set the date of the ENE session within the
25
deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court
26
permits the evaluator to charge each party its pro rata share of the cost of the phone
27
conference.
28

**Notice of Appointment of Evaluator**
07-05746 SBA ENE                    - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.

2    5-8 shall NOT be filed with the court.

3

4    Dated: July 21, 2008

5    RICHARD W. WIEKING
     Clerk
6    by:    Alice M. Fiel

7

8    _____
     ADR Case Administrator
9    415-522-3148
     Alice_Fiel@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05746 SBA ENE                - 2 -