1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954 )
    michael.t.pyle@usdoj.gov
4   Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
6   Telephone: (415) 436-7322
    FAX: (415) 436-6748
7
    Attorneys for Defendant United States of America
8

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                      OAKLAND DIVISION

12

13  PRAETORIAN FINANCIAL INSURANCE )        No. 07-05746 SBA
    COMPANY,                       )
                                   )        **ANSWER OF DEFENDANT UNITED**
14       Plaintiff,                )        **STATES OF AMERICA**
                                   )
15       v.                        )
                                   )
16  UNITED STATES OF AMERICA ET AL., )
                                   )
17       Defendants.               )
                                   )
18

19       Defendant United States of America, by and through its counsel, hereby admits, denies,

20  alleges and otherwise responds to Plaintiff Praetorian Financial Insurance Company's Complaint

    for Damages ("Complaint") as follows:
21
    1.  Answering paragraph 1, the United States of America alleges that this paragraph concerns
22
        jurisdictional allegations to which no response is required.
23
    2.  Answering paragraph 2, the United States of America has insufficient information to admit or
24
        deny the allegations in this paragraph and on that basis denies each and every allegation in
25
        this paragraph.
26
    3.  Answering paragraph 3, the United States of America has insufficient information to admit or
27
        deny the allegations in this paragraph and on that basis denies each and every allegation in
28

ANSWER OF DEFENDANT UNITED STATES OF AMERICA
C 07-05746 SBA

1  this paragraph.

2  4.  Answering paragraph 4, the United States of America has insufficient information to admit or

3  deny the allegations in this paragraph and on that basis denies each and every allegation in

4  this paragraph.

5  5.  Answering paragraph 5, the United States of America admits the allegations in this

6  paragraph.

7  6.  Answering paragraph 6, the United States of America has insufficient information to admit or

8  deny the allegations of this paragraph and on that basis denies each and every allegation in

9  this paragraph.

10  7.  Answering paragraph 7, the United States of America admits the allegations in this

11  paragraph.

12  8.  Answering paragraph 8, the United States of America denies each and every allegation in this

13  paragraph.

14  9.  Answering paragraph 9, the United States of America denies each and every allegation in this

15  paragraph.

16  10.  Answering paragraph 10, the United States of America denies each and every allegation in

17  this paragraph.

18  11. Answering paragraph 11, the United States of America denies each and every allegation in

19  this paragraph.

20  12. Answering paragraph 12, the United States of America denies each and every allegation in

21  this paragraph.

22  13. Answering paragraph 13, the United States of America has insufficient information to admit

23  or deny the allegations in this paragraph and on that basis denies each and every allegation in

24  this paragraph.

25  14. Answering paragraph 14, the United States of America has insufficient information to admit

26  or deny the allegations of this paragraph and on that basis denies each and every allegation in

27  this paragraph.

28

ANSWER OF DEFENDANT UNITED STATES OF AMERICA
C 07-05746 SBA                                    2

1    15. Answering paragraph 15, the United States of America has insufficient information to admit

2        or deny the allegations of this paragraph and on that basis denies each and every allegation in

3        this paragraph.

4    16. Answering paragraph 16, the United States of America denies each and every allegation in

5        this paragraph.  The United States of America further alleges that, pursuant to 28 U.S.C.

6        §2402, Plaintiff is not entitled to a jury trial.

7        The remaining allegations of the Complaint constitute Plaintiff's prayer for relief to

8    which no response is required.  However, the United States of America denies that Plaintiff  is

9    entitled to the relief requested or to any relief whatsoever.  The United States of America further

10   denies each and every allegation of the Complaint that has not been admitted, denied, or

11   otherwise qualified above.

12       In further answer to the Complaint and as separate affirmative defenses, the United States

13   of America alleges as follows:

14                          **FIRST AFFIRMATIVE DEFENSE**

15       The United States of America, through its employees, exercised due care and diligence in

16   all matters relevant to the subject matter of plaintiff's complaint.

17                          **SECOND AFFIRMATIVE DEFENSE**

18       Plaintiff's insured has specifically waived the United States of America's responsibility

19   for fire damage to the subject facility in its written lease with the United States Postal Service.

20   As a result, under California law the United States of America cannot be held liable to Plaintiff.

21                          **THIRD AFFIRMATIVE DEFENSE**

22       Plaintiff's alleged injuries, if any, were not proximately caused by any negligent or

23   otherwise wrongful act or omission of any employee of the United States of America.

24                          **FOURTH AFFIRMATIVE DEFENSE**

25       Any recovery or other award made against the United States of America herein must be

26   reduced by the percentage of fault of the plaintiff and/or other third party, and any recovery or

27   other award made against the United States of America herein for non-economic damages must

28   be limited to the percentage of fault, if any, of the United States of America.

ANSWER OF DEFENDANT UNITED STATES OF AMERICA
C 07-05746 SBA                                    3

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiff may recover only those damages allowed under the law.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiff failed to mitigate damages, if any, and any recovery or award should be reduced accordingly.

**SEVENTH AFFIRMATIVE DEFENSE**

Defendant is entitled to absolute, sovereign, and/or qualified immunity.

**EIGHTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2675, Plaintiff is prohibited from claiming or recovering an amount against the United States of America in excess of that which was set forth in any claim presented to the United States of America.

**NINTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2674, Plaintiff is proscribed from recovering any amount for prejudgment interest against the United States of America.

**TENTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. §2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States of America.

**ELEVENTH AFFIRMATIVE DEFENSE**

Pursuant to 28 U.S.C. § 2402, Plaintiff is not entitled to a jury trial.

WHEREFORE, for the reasons set forth above, the United States of America asserts that this action should be dismissed and judgment entered in its favor, with appropriate costs awarded.

Dated: August 15, 2008                Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney


                              By:        /s/
                                       Michael T. Pyle
                                       Assistant U.S. Attorney
                                       Attorneys for Defendant USA