LAW OFFICES

**HARRINGTON, FOXX, DUBROW & CANTER, LLP**

655 MONTGOMERY STREET, SUITE 1100

SAN FRANCISCO, CALIFORNIA 94111

TELEPHONE: (415) 288-6600

FACSIMILE: (415) 288-6618

EMAIL: kgray@hfdclaw.com

DAVID H. CANTER
DALE B. GOLDFARB
CRAIG F. SEARS
MARTIN C. KRISTAL
EDWARD R. LEONARD
MARK W. FLORY
HENRY A. WIRTA, JR.
JOHN C. DEWELL
KEVIN J. GRAY
EDWARD W. LUKAS, JR.
DANIEL E. KENNEY
ANN GHAZARIANS FLORY
KEVIN P. MCNAMARA
SUSAN A. WATSON
DAVID E. BOWER
MARK W. NORMAN
CAROL G. ARNOLD

MICHAEL C. DENLINGER
GREGORY J. SOWDER
SHELBY B. CRAWFORD
JOSEPH S. BEDLACEK
REBECCA T. AMIRPOUR
JAMES K. LO
CLAIRE C. WEGLARZ
KEVIN R. WARREN
ZAKIYA N. GLASS
RYAN K. SCHNEIDER
MICHAEL E. JENKINS
VANESSA K. HERZOG
JOSHUA R. DIAZ
JEFFREY A. MEINHARDT

ELI B.DUBROW
OF COUNSEL

**LOS ANGELES OFFICE**

1055 WEST SEVENTH STREET
29TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2547
TELEPHONE: (213) 489-3222
FACSIMILE: (213) 623-7929

**ORANGE OFFICE**

1100 TOWN & COUNTRY ROAD
SUITE 1020
ORANGE, CALIFORNIA 92868-4638
TELEPHONE: (714) 973-4585
FACSIMILE: (714) 973-7923

**SAN DIEGO OFFICE**

8530 LA MESA BLVD., SUITE 206
LA MESA, CALIFORNIA 91941
TELEPHONE: (619) 233-5553
FACSIMILE: (619) 233-0005

WEBSITE: www.hfdclaw.com

LOWELL L. DRYDEN
(1909-1957)

R. S. HARRINGTON
(18*3-1893)

RICHARD A. FOXX
(1918-2005)

OUR FILE NO.:
**GFC.149**

August 26, 2008

Magistrate Brazil
United States District Court
Northern District
1301 Clay Street
South Tower, Suite 400S
Oakland, CA 94612-5212

Re:    *Praetorian v. U.S. of America*
       *U.S. District Court Case No. C07-05746*

Your Honor:

This matter is scheduled for a Early Neutral Evaluation on September 29, 2008, at 10:00 a.m. We represent the plaintiff, Praetorian Financial Insurance Company, in this subrogation claim arising out of a fire loss. We seek your approval to have our client, represented by Stacey Beckman of Berkeley Risk Administrators in Iowa appear at the ENE by way of telephone. In an August 20, 2008 conference call, both the Early Neutral Evaluator, Mr. Lee, and defense counsel, Mr. Pyle, said they would not object to this request.

Moreover, while Mr. Lee stated in that telephone call that there might be an opportunity to turn this into a mediation, Mr. Pyle, defense counsel, expressed that he was not so inclined. Under those circumstances, it would seem that having Ms. Beckman fly from Iowa for this process would be an unnecessary and fruitless expenditure of funds.

Enclosed is a copy of this letter with a signature line for you to indicate your approval, should you be so inclined. Also enclosed is a self-addressed, stamped envelope for your use. Should you have any questions, do not hesitate to contact me.

LAW OFFICES
HARRINGTON, FOXX, DUBROW & CANTER, LLP

Magistrate Brazil
August 26, 2008
Page 2


Thank you for your attention to this matter.

Very truly yours,

/s/

KEVIN J. GRAY

KJG:lmm
Encl. [Ltr.]

Stacie Beckman's appearance at the September 29, 2008 Early Neutral Evaluation, by telephone, is approved.

DATED: ~~August~~ September 2, 2008.

By: _____
Magistrate Brazil
U.S. District Court


Cc:    Michael T. Pyle, Esq.
       Assistant United States Attorney
       450 Golden Gate Avenue, Box 36055
       San Francisco, CA 94102-3495

       Michael Lee, Esq.
       360 Post Street, 8th Floor
       San Francisco, CA 94108