**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE CO., | No.  C 07-05746 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 41] |
| UNITED STATES OF AMERICA, *et al.* | |
| Defendants. | |

Before the Court is the parties' Stipulation Re Order Shortening Time for Hearing of Plaintiff Praetorian Financial Insurance Company's Motion to Modify the Order for Pretrial Preparation [Docket No. 41].  The parties seek to shorten the time for plaintiff to file an *unopposed* motion to modify the pre-trial schedule and trial date.  *See* Docket No. 41.  The stipulation is DENIED as moot.  The parties are instructed to contact the Courtroom Deputy to obtain suitable dates for use in a stipulation to modify the pre-trial dates and trial dates.

IT IS SO ORDERED.

January 21, 2009

Saundra Brown Armstrong
United States District Judge