JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7322
    FAX: (415) 436-6748
    E-mail:michael.t.pyle@usdoj.gov

Attorneys for Defendant

Harrington, Foxx, Dubrow & Canter, LLP
KEVIN J. GRAY (CSBN 142685)
650 California Street, 19th Floor
San Francisco, California 94108
Telephone: (415) 288-6600
FAX: (415) 288-6618
E-mail: kgray@hfdclaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PRAETORIAN FINANCIAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>    Defendants. | No. 07-05746 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE PRE-TRIAL AND TRIAL DATES** |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the pre-trial and trial dates set forth below are continued as set forth below (which dates in bold below that affect the Court's calendar were obtained from the Court's Deputy Clerk):

//

1  Date for Plaintiff to name experts is continued from October 31, 2008 to February 27, 2009

2  Date for Defendant to name experts is continued from December 5, 2008 to April 20, 2009

3  Date all dispositive motions must be heard (motion cut-off) date is continued from **March 3,**
4  **2009 to July 28, 2009**

5  Settlement Conference with Magistrate Judge Brazil is continued from **March 9, 2009 to a**
6  **date between August 1, 2009 and August 31, 2009**

7  Pretrial papers due date is continued from **March 24, 2009 to September 15, 2009**

8  Motions in limine/objections to evidence is continued from **March 31, 2009 to September**
9  **22, 2009**

10  Responses to motions in limine and/or responses to objections to evidence is continued from
11  **April 7, 2009 to September 29, 2009**

12  Pre-trial conference is continued from **April 14, 2009 to October 6, 2009 at 1:00 p.m.**

13  Trial (a 5 day bench trial) is continued from **April 20, 2009 to October 19, 2009 at 8:30**
14  **a.m.**

15       The reason for this stipulation is that Plaintiff filed an unopposed motion to continue the
16  pre-trial and trial dates, which motion was denied as moot by the Court in an order in which the
17  Court directed the parties to contact the Court's Deputy Clerk for new dates.  The parties
18  contacted the Court's Deputy Clerk on January 23, 2009 and obtained the dates listed in bold
19  above from the Court's Deputy Clerk.  The Court's Deputy Clerk advised that the dates that do
20  not affect the Court's calendar (i.e. expert disclosure dates) did not need to be cleared with her.
21  This is the first request for an extension of time with regard to the dates listed above.

22

23                                HARRINGTON FOX DUBROW & CANTER

24

25  DATED: January 26, 2009        By:     _____/s/_____
26                                         KEVIN J. GRAY
                                           Attorney for Plaintiff
27

28

STIP. AND [PROPOSED] ORDER TO CONTINUE PRE-TRIAL AND TRIAL DATES
C 07-05746 SBA                              2

|   |   |   |
|---|---|---|
| 1 | | JOSEPH P. RUSSONIELLO |
| 2 | | United States Attorney |
| 4 | DATED: January 26, 2009     By: | _____/s/_____ |
| 5 | | MICHAEL T. PYLE |
| | | Assistant United States Attorney |
| 6 | | Attorneys for Defendant |

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

8      The pre-trial and trial dates listed in this action are continued such that the schedule for

9  the disposition of this action is as follows:

10     Plaintiff to name experts by February 27, 2009

11     Defendant to name experts by April 20, 2009

12     All dispositive motions must be heard (motion cut-off) by July 28, 2009

13     Settlement Conference to be held between August 1, 2009 and August 31, 2009

14     Pretrial papers due September 15, 2009

15     Motions in limine/objections to evidence due September 22, 2009

16     Responses to motions in limine and/or responses to objections to evidence due September 29,

17 2009

18     Pre-trial conference: October 6, 2009 at 1:00 p.m.

19     Trial (a 5 day bench trial): October 19, 2009 at 8:30 a.m.

21 DATED:1/29/09               _Saundra B Armstrong_____

22                                HON. SAUNDRA B. ARMSTRONG

                                 United States District Judge