**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PRAETORIAN FINANCIAL INSURANCE COMPANY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

No. C 07-05746 SBA (WDB)

**ORDER REMOVING INCORRECTLY FILED DOCUMENT FROM DOCKET**

In light of Mr. Sowder's declaration re filing of settlement conference statement, IT IS HEREBY ORDERED that the document filed electronically on the Court's docket as docket number 56 on July 28, 2009 be REMOVED from the docket.

**IT IS SO ORDERED.**

Dated:  August 6, 2009

WAYNE D. BRAZIL
United States Magistrate Judge